# IN THE SUPREME COURT OF THE STATE OF NEVADA

JAMES M. RHODES, INDIVIDUALLY AND AS PRESIDENT OF EB ACQUISITIONS, LLC; AND EB ACQUISITIONS, LLC, A NEVADA LIMITED LIABILITY COMPANY,

Appellants,

vs.

ELIOT A. ALPER, AN INDIVIDUAL, AND AS TRUSTEE OF THE ELIOT A. ALPER REVOCABLE TRUST DATED MARCH 22, 1999; AND SUSAN J. VERMILLION, AN INDIVIDUAL, AND AS TRUSTEE OF SUSAN J. VERMILLION SEPARATE PROPERTY TRUST DATED APRIL 24, 1997,

Respondents.

No. 83675

**FILED**

MAY 1 6 2022

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

Pursuant to the stipulation of the parties, and cause appearing, this appeal is dismissed. The parties shall bear their own costs and attorney fees. NRAP 42(b).

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: _____

cc: Hon. David M. Jones, District Judge
Paul M. Haire, Settlement Judge
Semenza Kircher Rickard
Lewis Roca Rothgerber Christie LLP/Las Vegas
Eighth District Court Clerk

22-15331